PER CURIAM.
Affirmed. Shearson/American Express, Inc. v. McMahon, — U.S.-, 107 S.Ct. 2332, 96 L.Ed.2d 185 (1987); Dean Witter Reynolds, Inc. v. Byrd, 470 U.S. 213, 105 S.Ct. 1238, 84 L.Ed.2d 158 (1985); Southland Corp. v. Keating, 465 U.S. 1, 104 S.Ct. 852, 79 L.Ed.2d 1 (1984); Moses H. Cone Memorial Hosp. v. Mercury Constr. Corp., 460 U.S. 1,103 S.Ct. 927, 74 L.Ed.2d 765 (1983); Oppenheimer & Co. v. Young, 475 So.2d 221 (Fla.1985); Shear-son/Lehman Bros. v. Ordonez, 497 So.2d 703 (Fla. 4th DCA 1986); Riverfront Properties, Ltd. v. Max Factor III, 460 So.2d 948 (Fla. 2d DCA 1984); Merrill Lynch, Pierce, Fenner & Smith, Inc. v. Melamed, 405 So.2d 790 (Fla. 4th DCA 1981), appeal after remand, 453 So.2d 858 (Fla. 4th DCA 1984), approved, 476 So.2d 140 (Fla.1985).